IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**VICTOR S. DUNCAN, SR.,**

    **Plaintiff,**

vs.                                                      **CASE NO. 4:05CV432-MMP/AK**

**PRISON HEALTH SERVICE, et al,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

By Order dated February 2, 2006, Plaintiff was directed to file an amended complaint on or before February 20, 2006. (Doc. 13). Plaintiff sought and obtained an extension of time through March 24, 2006. (Docs. 14 and 15). When no amended complaint had been filed, the Court entered a show cause order directing a response by May 19, 2006. (Doc. 16). There has been no response and no other communication with the Court.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for

failure to obey a court order.  Plaintiff has failed to comply with two orders of this Court directing that he file an amended complaint and show cause why this lawsuit should not be dismissed (docs. 13 and 16) and has not otherwise prosecuted his lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **1st** day of June, 2006.

s/ A. KORNBLUM
ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 4:05CV432-MMP/AK